[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-17687
Non-Argument Calendar
_____

D.C. Docket No. 5:15-cr-00021-RH-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARWAN ISA BELION,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(March 8, 2018)

Before TJOFLAT, NEWSOM, and ANDERSON, Circuit Judges.

PER CURIAM:

Marwan Belion appeals his conviction for possession of a firearm by a convicted felon, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).  On appeal, Belion argues that the district court erred by denying his motion to suppress evidence found during a search of his vehicle subsequent to his arrest for a state offense.

We review whether a voluntary unconditional guilty plea waives a defendant's ability to appeal adverse rulings of pre-trial motions *de novo*.  *See United States v. Patti*, 337 F.3d 1317, 1320, 1320 n.4 (11th Cir. 2003).  By entering a voluntary unconditional guilty plea, a defendant waives all non-jurisdictional defects in the proceedings.  *Id.* at 1320.  We will not consider a defendant's challenge to the district court's denial of a motion to suppress if that issue was not preserved in a conditional plea.  *United States v. McCoy*, 477 F.2d 550, 551 (5th Cir. 1973).

A defendant who wishes to preserve appellate review of a non-jurisdictional defect while at the same time pleading guilty can do so only by entering a conditional plea in accordance with Fed. R. Crim. P. 11(a)(2).  *United States v. Pierre*, 120 F.3d 1153, 1155 (11th Cir. 1997).  The conditional plea must be in writing and must be consented to by the court and by the government.  *Id.*

Here, Belion has waived any review of the denial of his motion to suppress. Belion entered an unconditional guilty plea and only reserved his right to challenge

2

his sentence on appeal.  Thus, Belion has waived any review of the denial of his motion to suppress by failing to properly preserve appellate review.

**AFFIRMED.**